Louis Reich, complainant-respondent,

*v.*

P. & L. Realty Company, a corporation of New Jersey, defendant-appellant.

[Argued May 24th, 1935. Decided May 24th, 1935.]

*Messrs. Leber & Ruback,* for the defendant-appellant.

*Messrs. Schotland & Schotland,* for the complainant-respondent.

Per Curiam.

We have examined the proofs and it appears therefrom that the action taken in the court of chancery was proper.

The order appealed from is affirmed.

*For affirmance*—The Chief-Justice, Trenchard, Parker, Lloyd, Case, Bodine, Donges, Heher, Perskie, Van Buskirk, Kays, Hetfield, Dear, Wells, JJ. 14.

*For reversal*—None.